In the Matter of the Claim of YETTA SANDBERG against SEYMOUR DRESS CO., INC., et al., Respondents.

STATE INDUSTRIAL BOARD, Appellant.

*Workmen's Compensation Law — master and servant — award not permitted to employee for medical treatment furnished by the employer.*

*Sandberg* v. *Seymour Dress Co., Inc.*, 215 App. Div. 728, affirmed.

(Argued January 11, 1926; decided January 22, 1926.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered December 10, 1925, modifying and affirming as modified an award of the State Industrial Board made under the Workmen's Compensation Law. Claimant received serious injuries in the course of her employment and requested her employer to provide medical attendance which it did. Claimant having paid the bills the Industrial Board directed that she be reimbursed. The Appellate Division modified the award by striking therefrom the amounts awarded as compensation on account of medical bills of physicians.

32

*Albert Ottinger, Attorney-General (E. C. Aiken* of counsel), for appellant.

*William H. Hotchkiss* for respondents.

Order affirmed, with costs against State Industrial Board, on ground that section 13 of the Workmen's Compensation Law does not permit an award to the employee for medical treatment, etc., furnished by the employer.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.